**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| HO SANG YI | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 8:11-cv-02451 |
| v. | * | |
| | * | |
| MIDLAND CREDIT MANAGEMENT | * | |
| | * | |
| Defendant | * | |

**NOTICE OF SETTLEMENT**

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled the adversary proceeding on all issues.  The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately ten to fifteen days.

Respectfully submitted this 28th day of October, 2011.

/s/ **Robinson S. Rowe**
Robinson S. Rowe, Bar No. #27752
5906 Hubbard Drive, Suite 4-A
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
rrowe@rowepllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Settlement was served first class mail postage prepaid, and/or via hand delivery, and/or ECF system on this 28th day of October, 2011, on:

Lauren M. Burnette
4200 Crums Mill Road, Suite B
Harrisburg, PA  17112

/s/ **Robinson S. Rowe**